OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

10/1/2014

MCMILLEN, ROBERT CYLDE   Tr. Ct. No. F-1452521   WR-79,255-02

This is to advise that the Court has denied without written order motion for leave to file the original application for writ of mandamus.

Abel Acosta, Clerk

ROBERT CYLDE MCMILLEN
HUTCHINS UNIT - TDC # 1921678

NIXIE       750    5E 1        2210/12/14

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 78711230808        *2182-05803-12-08